STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Gerard Nicholas Torry
Attorney at Law
516 Napoleon St.
Baton Rouge LA 70802

REHEARING ACTION: January 23, 2013

Docket Number: 12  00696-CA

SUCCESSION OF SIMON HARRELL AND CLARA HARRELL
VERSUS
ERRIS-OMEGA PLANTATION, INC., ET AL.

Appealed from Rapides Parish Case No. 222,091

BEFORE JUDGES:

Hon. Marc T. Amy
Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Succession of Simon Harrell and Clara Harrell** has this day

been

**DENIED.**

cc: Michael L. Glass, Counsel for the Appellee
    Myles J. Johnson, Counsel for the Appellee